DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| County of Cabarrus v. Tolson<br><br>Case Below:<br>169 N.C. App. 636 | No. 329P04-2 | 1. Plts' NOA Pursuant to N.C.G.S. § 7A-30 (1) and Appellate Rule 14 (COA04-594) | 1. —— |
| | | 2. Def's Motion to Dismiss Appeal | 2. Allowed · 06/30/05 |
| | | 3. Plts' PDR Pursuant to N.C.G.S. § 7A-31 | 3. Denied . 06/30/05 |
| | | 4. Plts' Alternative PDR of Constitutional Issues | 4. Denied 06/30/05 |
| | | 5. Plts' Motion to Amend PDR and Alternative PDR of Constitutional Issues | 5. Allowed 06/30/05 |
| Crane v. Berry's Clean-Up & Landscaping, Inc.<br><br>Case Below:<br>169 N.C. App. 323 | No. 256P05 | Def's (N.C. Farm Bureau Mutual Ins. Co.) PDR Under N.C.G.S. § 7A-31 (COA03-1109) | Denied 06/30/05 |
| Davis v. Davis<br><br>Case Below:<br>166 N.C. App. 516 | No. 571PA04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1657) | Allowed 06/30/05 |
| Davis v. Great Coastal Express<br><br>Case Below:<br>169 N.C. App. 607 | No. 238P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-439) | Denied 06/30/05 |
| Dean v. City of Charlotte<br><br>Case Below:<br>168 N.C. App. 728 | No. 144P05 | 1. Plt's Petition for Writ of Supersedeas (COA04-931) | 1. Denied 06/30/05 |
| | | 2. Plt's NOA Based Upon a Constitutional Question | 2. Dismissed ex mero motu 06/30/05 |
| | | 3. Plt's PDR Under N.C.G.S. § 7A-31 | 3. Denied 06/30/05 |
| Dorroh v. Williams<br><br>Case Below:<br>168 N.C. App. 239 | No. 115P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-104) | Denied 06/30/05 |
| Dungan & Mitchell, PA v. Dillingham Constr. Co.<br><br>Case Below:<br>168 N.C. App. 595 | No. 166P05 | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA03-1411-2) | 1. Denied 06/30/05 |
| | | 2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as moot 06/30/05 |